FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 21 2009

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02643-BNB

THERON JOHNNY MAXTON,

    Plaintiff,

v.

EDITH REICHERT, USP Florence,
DENESE W. HEWETT, Asso. Warden USP Florence, and
MS. WILNER, Unit Manager USP Florence,

    Defendants.

## ORDER OF DISMISSAL

Plaintiff Theron Johnny Maxton initiated this action by filing *pro se* a letter to the Court complaining about prison conditions. In an order filed on December 5, 2008, Magistrate Judge Boyd N. Boland directed the clerk of the Court to commence a civil action and directed Mr. Maxton to cure certain deficiencies if he wished to pursue his claims. Specifically, Magistrate Judge Boland ordered Mr. Maxton to file a Prisoner Complaint and either to pay the filing fee or to file a motion seeking leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915. Mr. Maxton was warned that the action would be dismissed without further notice if he failed to cure the deficiencies within thirty days.

On December 12, 2008, Mr. Maxton filed a document titled "Petition for Court Order" seeking medical treatment. On December 15, 2008, Mr. Maxton filed a letter to the Court relating to medical treatment. On December 23, 2008, Mr. Maxton filed on

the proper forms a Prisoner Complaint and a Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 and he filed a "Request for an Emergency Order." On December 31, 2008, Mr. Maxton filed another letter to the Court complaining that Magistrate Judge Boland had not responded to his prior requests for a court order. On January 6, 2009, Mr. Maxton filed a "Motion for an Emergency Order."

The Prisoner's Motion and Affidavit for Leave to Proceed Pursuant to 28 U.S.C. § 1915 filed on December 23, 2008, is deficient because Mr. Maxton failed to submit a certified copy of his inmate trust fund account statement in support of the motion as required pursuant to § 1915(a)(2) and as stated on the form motion itself. Therefore, the complaint and the action will be dismissed without prejudice for failure to cure the deficiencies. Accordingly, it is

ORDERED that the complaint and the action are dismissed without prejudice for failure to cure the deficiencies. It is

FURTHER ORDERED that all pending motions are denied as moot.

DATED at Denver, Colorado, this 15 day of January, 2009.

BY THE COURT:

ZITA L. WEINSHIENK, Senior Judge
United States District Court

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-02643-BNB

Theron Maxton
Reg. No. 85594-071
USP - Florence
PO Box 7000
Florence, CO 81226

    I hereby certify that I have mailed a copy of the **ORDER AND JUDGMENT** to the above-named individuals on 1/21/09

                                  GREGORY C. LANGHAM, CLERK

                                  By: _____
                                          Deputy Clerk